OFFICE OF DISCIPLINARY COUNSEL *v.* MADDEN.

[Cite as *Disciplinary Counsel v. Madden* (2000), 89 Ohio St.3d 238.]

(No. 99–2234—Submitted March 8, 2000—Decided June 21, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* First Assistant Disciplinary Counsel, for relator.

*J. Michael Drain,* for respondent.

***Per Curiam.***  We adopt the findings, conclusions, and recommendation of the board.  Respondent is hereby permanently disbarred from the practice of law in the state of Ohio.  Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.